UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| STEVEN BRZEZINSKI., *et al*., <br><br> Plaintiffs, <br><br> v. <br><br> LOWES HOME CENTERS., *et al*., <br><br> Defendants. | Case No. 2:19-cv-00484-RFB-GWF <br><br> **ORDER** |

This matter is before the Court on the parties Stipulated Scheduling Plan and Discovery Order Special Scheduling Review Requested (ECF No. 14), filed May 20, 2019. The parties request a 300-day discovery period measured from the date of the telephonic scheduling conference held on May 16, 2019. Plaintiff represents that additional time for discovery is needed because Defendants will not disclose the last name of the employee and therefore anticipates additional time will be needed to locate the defendant and amend the complaint. Plaintiff also represents the Motion to Remand to State Court (ECF No. 8) is still pending before the district court judge. The Court finds that this is an insufficient basis to extend the discovery period beyond the 180-day period provided Local Rule (LR) 26(b)(1). Plaintiff can promptly request Defendants' employee information and last known address through written discovery requests. Accordingly,

**IT IS HEREBY ORDERED** that the parties Stipulated Scheduling Plan and Discovery Order Special Scheduling Review Requested (ECF No. 14) is **denied**, without prejudice.

. . .

. . .

. . .

**IT IS FURTHER ORDERED** that the parties shall have until **June 3, 2019** to submit a new joint discovery plan to the Court.

Dated this 22nd day of May, 2019.

_____
GEORGE FOLEY, JR.
UNITED STATES MAGISTRATE JUDGE