GUS W. FLANGAS, ESQ.
Nevada Bar No. 004989
Email: gwf@fdlawlv.com
JESSICA K. PETERSON, ESQ.
Nevada Bar No. 10670
Email: jkp@fdlawlv.com
FLANGAS DALACAS LAW GROUP
3275 South Jones Blvd., Suite 105
Las Vegas, Nevada 89146
Telephone: (702) 307-9500
Facsimile: (702) 382-9452
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| STEVEN BRZEZINSKI, an individual; NORA ANDRADA- BRZEZINSKI, an individual, <br><br> Plaintiffs, <br><br> vs. <br><br> LOWES HOME CENTERS, LLC, a foreign limited liability company d/b/a/ Lowe's; JOHN DOE I (last name unknown), an individual; DOES II - X; inclusive and ROE ENTITIES 1-X, inclusive; <br><br> Defendants. | CASE NO. 2:19 - cv-00484-RFB-GWF |

### STIPULATION AND ORDER TO REMAND THIS CASE TO STATE COURT

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs, STEVEN BRZEZINSKI and NORA ANDRADA- BRZEZINSKI, by and through their attorneys, GUS W. FLANGAS, ESQ., and JESSICA K. PETERSON, ESQ., of the FLANGAS DALACAS LAW GROUP, and Defendants LOWES HOME CENTERS, LLC, by and through their attorneys, JOSH COLE AICKLEN, ESQ., and JESSE N. PANOFF, ESQ., of LEWIS BRISBOIS BISGAARD & SMITH, as a result of the John Doe employee now being identified as John

\\\

\\\

Cline, who is a Nevada resident and an employee of Lowes, that this fact destroys diversity,

**THEREFORE, IT IS STIPULATED** that this matter must be remanded to State Court.

Dated this 2nd of August, 2019

*[signature]*
GUS W. FLANGAS, ESQ.
Nevada Bar No. 4989
Email: gwf@fdlawlv.com
JESSICA K. PETERSON, ESQ.
Nevada Bar No. 10670
Email: jkp@fdlawlv.com
FLANGAS DALACAS LAW GROUP
3275 South Jones Blvd., Suite 105
Las Vegas, Nevada 89146
Telephone: (702) 307-9500
Facsimile: (702) 382-9452
*Attorneys for Plaintiffs*

DATED this 2nd day of August, 2019.

/s/ Josh Cole Aicklen
JOSH COLE AICKLEN, ESQ.
Nevada Bar No. 007254
Email: Josh.Aicklen@lewisbrisbois.com
JESSE N. PANOFF, ESQ.
Nevada Bar No. 10951
Email: Jesse.Panoff@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH, LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Telephone: (702) 893-3383
Facsimile: (702) 893-3789
*Attorneys for Defendants*

## ORDER

**IT IS HEREBY ORDERED** that the above-referenced case is hereby Remanded to State Court.

*[signature]*
_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 20th day of August, 2019.

Respectfully submitted by:

*[signature]*
GUS W. FLANGAS, ESQ.
Nevada Bar No. 4989
JESSICA K. PETERSON, ESQ.
Nevada Bar No.10670
**FLANGAS DALACAS LAW GROUP**
3275 South Jones Blvd., Suite 105
Las Vegas, Nevada 89146
Telephone: (702) 307-9500
*Attorneys for Plaintiffs*